**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED EDUCATORS INSURANCE,**

    **Plaintiff,**

vs.                                                   **Case No.: 3:08-cv-99-J-16TEM**

**EVEREST INDEMNITY INSURANCE**
**COMPANY,**

    **Defendant.**
_____/

**ORDER**

Before the Court is Defendant's Motion to Dismiss the Complaint (the "Motion") (Dkt. 13) with three exhibits. (Dkt. 13, Exs. A-C). Plaintiff filed a Response in Opposition (the "Response"). (Dkt. 20). This is an insurance coverage dispute case stemming from the settlement of a wrongful death claim (the "Claim") filed by the parents of a student murdered on or near the campus of Edwards Waters College, located in Jacksonville, Florida. By way of summary, Plaintiff is seeking to recover amounts it paid to settle the Claim. Defendant claims in the Motion that Plaintiff's complaint fails to state any claim for which relief can be granted. Plaintiff, of course, opposes the Motion.

Plaintiff writes in the Response that Defendant has attached as "Exhibit C" to the Motion "papers which it asserts are the operative insurance policies . . ." including as Exhibit C to the Motion Plaintiff's Excess Insurance Policy (the "Excess Policy"). (Dkt. 20 at p. 2, n.1). Plaintiff contests the validity of the Excess Policy claiming that it is "some kind of amalgamation of portions

of two different insurance policies" and that it is not "a policy ever issued by" Plaintiff. (Dkt. 20 at p. 2, n.1).

The Court's consideration of the actual operative insurance policies is critical to its consideration of this case and all motions filed in it. The Court is unable to address the substantive issues raised in the Motion because it is unclear from the parties' filings which insurance policies the Court should consider. Thus, this Motion (Dkt. 13) is **DENIED**. Once the operative insurance documents are filed, the Court will consider a renewed motion to dismiss. To that end, it is further **ORDERED** that the parties are directed to jointly file within ten (10) days from the date of this Order a document attaching the operative insurance policies with affidavits supporting their validity (the "Joint Document")

**DONE and ORDERED** from Chambers in Jacksonville, Florida on this 5th day of August, 2008.

_____
JOHN H. MOORE II
United States District Judge

Copies to: Counsel of Record